AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | Case: 1:21−mj−00083 |
| v. | ) | Assigned To : Faruqui, Zia M. |
| Valerie Elaine Ehrke | ) | Assign. Date : 1/16/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| **Date of Birth:  XXXXXXXXX** | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ District of Columbia defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 USC 1752(a)(2) | Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds |
| 40 USC 5104(e)(2)(D) | Engaging in Disorderly or Disruptive Conduct on Capitol Buildings or Grounds |
| 40 USC 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in the Capitol Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

X Continued on the attached sheet.

_____
*Complainant's signature*

Michael B. Miller, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R.
Crim. P. 4.1 by telephone, this 16th day of January 2021.

Date: _____01/16/2021_____

2021.01.16 10:36:51
-05'00'

_____
*Judge's signature*

City and state: _____Washington D.C._____

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*