AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Valerie Elaine Ehrke | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Valerie Elaine Ehrke,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1752(a)(1) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 USC 1752(a)(2) Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds
40 USC 5104(e)(2)(D) Engaging in Disorderly or Disruptive Conduct on Capitol Buildings or Grounds
40 USC 5104(e)(2)(G) Parading, Demonstrating, or Picketing in the Capitol Buildings

Date: 01/16/2021

Issuing officer's signature: 2021.01.16 10:38:26 -05'00'

City and state: Washington D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1-19-2021, and the person was arrested on *(date)* 1-19-2021
at *(city and state)* ARBUCKLE, CA.

Date: 1-19-2021

Arresting officer's signature

SUSAN MAGNO   DUSM
*Printed name and title*