NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  21-CR-97 (PLF)

# VALERIE EHRKE
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Robert M. Holley 50769 (Calif.)
*(Attorney & Bar ID Number)*

Robert M. Holley, Attorney at Law
*(Firm Name)*

2151 River Plaza Drive, Ste. 250
*(Street Address)*

Sacramento    CA    95833
*(City)    (State)    (Zip)*

(916) 870-7779
*(Telephone Number)*