| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:21CR00097-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:21-cr-0229 TLN |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Valerie Ehrke | District of Columbia | |
| | NAME OF SENTENCING JUDGE | |
| **FILED** Nov 30, 2021 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | Paul L. Friedman | |
| | DATES OF PROBATION/SUPERVISED RELEASE — FROM 09/17/2021 — TO 09/17/2024 | |

**OFFENSE**

Parading, Demonstrating, or Picketing in a Capitol Building
40 USC § 5104(e)(2)(G)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **Columbia**

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_09/17/2021_
*Date*

*(signed)* Paul L. Friedman
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Eastern** DISTRICT OF **California**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 30, 2021
*Effective Date*

*(signed)* Troy L. Nunley
**United States District Judge**